STATE, *ex rel.* C. H. VAUGHN, D. L. WIGGINS and WALTER BAXTER, as Trustees of Special Tax School District No. 42 of Jackson County, *et al.,* v. R. B. BEALL, L. L. WATFORD and AUBREY WELCH.

183 So. 927.
Opinion Filed August 2, 1938.

*James H. Finch* and *Amos Lewis,* for Plaintiffs in Error; *Carter & Pierce,* for Defendants in Error.

PER CURIAM.—The questions involved in this case are similar to those involved in the case of State, *ex rel.* Harris, *et al.,* v. I. H. King, *et al.,* this day decided, and like that case, the judgment of the court below must be and is hereby affirmed upon the authority of State, *ex rel.* Wurn, *et al.,* v. Kasserman, *et al.,* 179 So. 410.

Affirmed.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.